# **EXHIBIT A**

**Registered letter to follow**

Wed, Sep 14, 2011 at 1:49 PM

September 13, 2011

Lloyd R. Meese

Chief Executive Officer

Wireless Extenders

One Meca Way

Norcross, GA 30093


Jonathan Bacon

Wilson Electronics

3301 E. Deseret Drive

St. George, Utah 84790


CC: Joseph Banos, COO of Wilson Electronics


Dear Mr. Bacon:


I am writing to you in regard to certain intellectual property matters.


Wireless Extenders Corporation (Wi-Ex) is the owner of trademarks for the zBoost wireless extenders and has numerous trademark registrations worldwide for the zBoost which are registered for the International Classes that include wireless extenders/amplifiers including, but not limited, to the United States.


As a matter of law, these Trademark Registrations are constructive notice to your company of Wireless Extender's rights

in the marks. Any use of the mark or any deviation of the mark that intentionally trades on the trademark or confuses or misleads consumers is deemed illegal under current U.S. law.

You have been previously notified that your website and ads purchased from Google directing users to your website infringes upon Wireless extender's intellectual property rights. It is clear that your intentional use of zBoost to direct users to Wilson's website is intentional and confusing to potential customers who are looking for a **zBoost** product as a result of the promotion of the zBoost trademark by Wireless Extenders.

Your use of Wireless Extender's recognized name and trademarks to divert traffic to the website is in violation of multiple international criminal laws as well as civil laws regarding trademark infringement, counterfeiting, and unfair competition.

We request that you immediately remove all references to zBoost from your website and any ads that are being purchased by or on behalf of Wilson that may confuse the consumer regarding our protected trademarks. This request is made without waiver of any of Wireless Extender's rights or remedies, all of which are expressly reserved.

Regards,

Lloyd R. Meese

CEO, Wi-Ex

*Lloyd R. Meese*

**President and CEO**

**Wireless Extenders, Inc.**