**MASCHOFF GILMORE & ISRAELSEN**
Charles J. Veverka (# 07110)
Rachel Jacques (#13250)
1441 West Ute Boulevard, Suite 100
Park City, UT 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: cveverka@mgiip.com
E-mail: rjacques@mgiip.com

**Attorneys for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| WILSON ELECTRONICS, INC.,<br>a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIRELESS EXTENDERS, INC.,<br>a Georgia corporation, d/b/a<br>WI-EX,<br><br>Defendant. | WILSON ELECTRONICS, INC.'S ANSWER TO WIRELESS EXTENDERS, INC.'S COUNTERCLAIMS<br><br>Case No. 2:12-cv-00442<br><br>Magistrate Judge Paul M. Warner |

Plaintiff Wilson Electronics, Inc., ("Wilson") hereby responds to each of the numbered paragraphs of the counterclaims of Defendant Wireless Extenders, Inc., d/b/a WI-EX ("Wi-Ex") as set forth in its Answer and Counterclaim (Dkt. No. 9) as follows:

**PARTIES**

1. Wilson admits on information and belief that Wi-Ex is a Georgia corporation located at One Meca Way, Building E., Norcross, Georgia 30093.

2. Admitted.

**NATURE OF THE ACTION**

3. Admitted.

**JURISDICTION AND VENUE**

4. Admitted.

5. Admitted.

**FACTUAL BACKGROUND**

7. Admitted.

**COUNT ONE**

8. Denied.

**COUNT TWO**

9. Denied.

**COUNT THREE**

10. Denied.

**COUNT FOUR**

11. Denied.

## PRAYER FOR RELIEF

Wilson denies that Wi-Ex is entitled to any of the relief for which it prays as to any cause of action, and specifically denies all allegations and prayers for relief contained in sub-paragraphs 1-6 of Wi-Ex's Answer and Counterclaim.

## AFFIRMATIVE DEFENSES

1. With regard to Count Three, Wi-Ex fails to state a claim upon which relief may be granted. Specifically, "inequitable estoppel" is not a judicially recognized cause of action.

2. With regard to Count Four, Wi-Ex fails to state a claim upon which relief may be granted. Specifically, "inequitable estoppel" is not a judicially recognized cause of action.

Respectfully submitted,

DATED: November 5, 2012.

*/s/ C.J. Veverka*
C.J. Veverka
Rachel Jacques

*Attorneys for Plaintiff*,
WILSON ELECTRONICS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2012, a true and correct copy of the forgoing **WILSON ELECTRONICS, INC.'S ANSWER TO WIRELESS EXTENDERS, INC.'S COUNTERCLAIMS** was filed with the Clerk of Court and served on all counsel of record via CM.ECF.

*/s/ C.J. Veverka*
C.J. Veverka